Cv 00-350 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of December 1, 2000.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: September 7, 2000.

FILED SEP 07 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

| | | |
|---|---|---|
| 1. | John J. Neymeyer<br>etal | James Schwebel<br>Peter Riley<br>612-333-8361 |
| | vs CV 99-1059 RHK/JMM<br>JURY | |
| | Midwest Coast Transport LP<br>etal | Brian Wood<br>612-340-7951 |
| 2. | Michelle Richter | Thomas Lyons<br>651-770-9707 |
| | vs CV 99-1803 RHK/SRN<br>COURT | |
| | U.S.Credit Corporation<br>dba Liberty Credit Services Inc. | Michael Klutho<br>612-333-3000 |
| | Jon Doe, collector | |
| 3. | Aman Adinew | James Kaster<br>Tiffany Sanders<br>612-338-1919 |
| | vs CV 99-1282 RHK/RLE<br>JURY | |
| | Northwest Airlines Inc.,<br>etc. | Jean Holloway<br>Clifford Anderson<br>612-340-2600 |

4. Charles K. Larson — Robert Hajek, 612-331-4211

vs CV 00-350 RHK/JMM
COURT

Minnesota Chamber Business Services Inc. etal — Kevin Hickey, 612-333-3000