Cv 00 - 350

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR DECEMBER, 2000 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning December 1, 2000. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** November 16, 2000 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Any Motions in Limine (with supporting briefs); responsive briefs to Motions in Limine shall be served and filed (in St. Paul) by November 23, 2000; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) by November 23, 2000. Responses to the Written Objections shall be served and filed (in St. Paul) by November 28, 2000. Copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court.

Dated: October 5, 2000

RICHARD H. KYLE
United States District Judge

FILED OCT 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | | |
|---|---|---|
| 1. | Michelle Richter | Thomas Lyons<br>651-770-9707 |
| | vs CV 99-1803 RHK/SRN<br>COURT | |
| | U.S.Credit Corporation<br>dba Liberty Credit Services Inc. | Michael Klutho<br>612-333-3000 |
| | Jon Doe, collector | |
| 2 | Aman Adinew | James Kaster<br>Tiffany Sanders<br>612-338-1919 |
| | vs CV 99-1282 RHK/RLE<br>JURY | |
| | Northwest Airlines Inc.,<br>etc. | Jean Holloway<br>Clifford Anderson<br>612-340-2600 |
| 3. | Charles K. Larson | Robert Hajek<br>612-331-4211 |
| | vs CV 00-350 RHK/JMM<br>COURT | |
| | Minnesota Chamber Business<br>Services Inc. etal | Kevin Hickey<br>612-333-3000 |