# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Charles K. Larson

Case No. Civil 00-350RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Minnesota Chamber Business Service, Inc.
Employee Welfare Plan and Metropolitan
Life Insurance Company

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant MetLife's motion for summary judgment is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: November 28, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk